# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**HD MEDIA COMPANY, LLC,**

      **Plaintiff,**

v.                                                    Civ. Action No. 3:21-cv-00077

**GOOGLE, LLC; and**
**FACEBOOK, INC.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, I filed the ***Stipulation Extending Time for Defendants to Respond to Complaint, Statement of Visiting Attorney (Sessions),*** and ***Statement of Visiting Attorney (Jacobson)*** with the Clerk of Court using the CM/ECF system and that I have mailed the documents by United States Postal Service to the following non-CM/ECF participants:

| | |
|---|---|
| John C. Herman, Esquire<br>HERMAN JONES<br>3424 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326<br>*Counsel for Plaintiff* | Serina M. Vash, Esquire<br>HERMAN JONES<br>153 Central Avenue, Suite 131<br>Westfield, NJ 07090<br>*Counsel for Plaintiff* |

   /s/ Isaac R. Forman
Isaac R. Forman (WVSB #11668)
**HISSAM FORMAN DONOVAN RITCHIE PLLC**
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
iforman@hfdrlaw.com