**Tina Smith**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, August 12, 2021 3:20 PM |
| **To:** | InterDistrictTransfer_WVSD |
| **Subject:** | Transferred case has been opened |

CASE: 3:21-cv-00077

DETAILS: Case transferred from West Virginia Southern has been opened in Southern District of New York as case 1:21-cv-06796, filed 08/12/2021.